In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-351 CV


____________________



DWIGHT HARRISON, Appellant



V.



JACQUELINE HARRISON, Appellee






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-182907






 MEMORANDUM OPINION 


 On September 7, 2006, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. The
appellant filed a response but established neither finality of judgment nor timeliness of notice
of appeal.


 The notice of appeal does not identify the date the trial court signed its judgment. 
Assuming the motion for new trial was timely filed, the granting of the motion for new trial
on July 18, 2006, set aside the judgment. We have not been notified of the signing of a new
judgment. The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered October 5, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.